(90 South. 925)

RICKETTS v. STATE. (8 Div. 379.) (Supreme Court of Alabama. June 30, 1921.) Certiorari to Court of Appeals. Douglass Taylor and R. E. Smith, both of Huntsville, for petitioner. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Will Ricketts for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Will Ricketts v. State of Alabama, 90 South. 137. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

(90 South. 926)

Ex parte RUNYAN. (7 Div. 196.) (Supreme Court of Alabama. Oct. 13, 1921.) Original Petition in the Supreme Court. Garrison & Gay, O. B. Cornelius, Lackey, Pruet & Glass, and R. G. Rowland, all of Ashland, for appellant. McKay & Crumpton, of Ashland, for appellee.

PER CURIAM. Petition of W. L. Runyan to have the judge of the Eighteenth Judicial Circuit recuse himself and certify his disqualification to sit in the case of J. W. King v. W. L. Runyan. Petition dismissed by agreement of parties.

(89 South. 924)

SHEFFIELD COMPANY v. RAY. (8 Div. 268.) (Supreme Court of Alabama. May 17, 1921.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Simpson & Simpson, of Florence, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(89 South. 924)

SOUTHERN RY. CO. v. ZIMMERN. (1 Div. 182.) (Supreme Court of Alabama. July 14, 1921.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Smiths, Young, Leigh & Johnston, of Mobile, for appellant. Harry T. Smith & Caffey, of Mobile, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(90 South. 926)

Ex parte STATE. McRAYNOLDS v. STATE. (2 Div. 770.) (Supreme Court of Alabama. Oct. 20, 1921.) Certiorari to Court of Appeals. Harwell G. Davis, Atty. Gen., and J. F. Thompson, Sol., of Centerville, for appellant. R. B. Evins, of Greensboro, for appellee.

THOMAS, J. Petition of the state of Alabama for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the appeal of Eddie McReynolds v. State, 89 South. 825. Writ denied.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.

(90 South. 926)

Ex parte STATE ex rel. DAVIS, Atty. Gen. WARREN v. STATE. (3 Div. 538.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Harwell G. Davis, Atty. Gen., W. T. Seibels, Sol., and R. G. Arrington, Asst. Sol., both of Montgomery, for appellant. Mark D. Brainard, of Montgomery, for appellee.

MILLER, J. Petition by the state, on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment of said court reversing and remanding the appeal of J. R. Warren v. State, 90 South. 277. Writ denied.

McCLELLAN, SAYRE, SOMERVILLE, GARDNER and THOMAS, JJ., concur.

ANDERSON, C. J., not sitting.

(90 South. 926)

STATE ex rel. ATTORNEY GENERAL v. CRANE CO. (6 Div. 512.) (Supreme Court of Alabama. July 15, 1921.) Certiorari to Court of Appeals. Thomas J. Judge, Special Asst. Atty. Gen., for appellant. R. C. Redus, of Birmingham, for appellee.

PER CURIAM. Petition by the state of Alabama, on the relation of its Attorney General, for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of State of Alabama ex rel. Attorney General v. Crane Company, 89 South. 901. Writ denied.

ANDERSON, C. J., and McCLELLAN, SAYRE, SOMERVILLE, GARDNER, and MILLER, JJ., concur.

THOMAS, J., dissents.

(89 South. 924)

STATE ex rel. DAVIS, Atty. Gen., v. STRENGTH. (5 Div. 789.) (Supreme Court of Alabama. June 4, 1921.) Harwell G. Davis, Atty. Gen., and Horace C. Wilkinson, Sp. Asst. Atty. Gen., for movant. Steiner, Crum & Weil, of Montgomery, opposed.

PER CURIAM. Petition for the impeachment of John Strength, as sheriff of Elmore county. After hearing the evidence, the court is of the opinion that the defendant is not guilty.

ANDERSON, C. J., and McCLELLAN, SAYRE, and MILLER, JJ., concur.

SOMERVILLE, GARDNER, and THOMAS, JJ., dissent.

(89 South. 924)

STATE ex rel. DENSON v. Frank MILLER, Jury Commissioner. (7 Div. 121.) (Supreme Court of Alabama. June 2, 1921.) Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge. Longshore & Koenig and Riddle & Ellis, all of Columbiana, for appellant. Leeper, Haynes & Wallace, of Columbiana, for appellee.

PER CURIAM. Affirmed on certificate. See, also, 204 Ala. 232, 85 South. 698; 204 Ala. 234, 85 South. 700.